IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEANDRA CAMM WASHINGTON (individually and on behalf of minor children JD1 and JD2) and TRAVIS BALDWIN, <br><br> Plaintiffs, <br><br> v. <br><br> GASTON COUNTY NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROMONT REGIONAL MEDICAL CENTER, and DALLAS FIRE DEPARTMENT, <br><br> Defendants. | CIVIL ACTION NO: 3:25-cv-900 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby voluntarily dismiss this civil action without prejudice as to all Defendants. No Defendant has served an answer or a motion for summary judgment in this action. Accordingly, this notice effects dismissal of the action without the need for a court order.

Respectfully submitted this 5th day of December, 2025.

/s/ Ronard Dixon, Jr.

Ronard Dixon, Jr. (N.C. Bar No. 49661)
HALL & DIXON, PLLC
301 South McDowell Street, Suite 1103
Charlotte, North Carolina 28204
Telephone: (704) 993-6825
E-mail: cdixon@halldixonlaw.com
*Counsel for Plaintiffs*

/s/ Amos N. Jones
Amos N. Jones, D.C. Bar # 974919
*Pro hac vice* motion pending
AMOS JONES LAW FIRM
1717 Pennsylvania Avenue NW, Suite 1025
Washington, D.C. 20006
Telephone: (202) 351-6187
Facsimile: (202) 478-1654
E-mail: jones@amosjoneslawfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, if any.

/s/ Ronard Dixon, Jr.

Ronard Dixon, Jr., N.C. Bar # 49661
HALL & DIXON, PLLC
301 South McDowell Street
Suite 1103
Charlotte, N.C. 28204
Telephone: (704) 993-6825
E-mail: cdixon@halldixonlaw.com
*Counsel for Plaintiffs*

Dated: December 5, 2025